# EXHIBIT A

# Charters

## Introduction

Each organizing group must apply to, and obtain approval from, the Office of the Comptroller of the Currency (OCC) before establishing a national bank. ==New banks may be chartered for full service or special purpose operations, such as trust banks, credit card banks, bankers' banks, community development (CD) banks, and cash management banks.==

This booklet of the *Comptroller's Licensing Manual* (manual) provides organizers and sponsors applying for a national bank charter with OCC policies and procedures used in the charter application process, along with detailed guidance and instructions. It discusses the factors that the OCC considers in deciding a proposed bank's application. It describes the application process, including the prefiling process, filing and review of the application, the decision, and the organization phase. It also provides information about the on-going supervision of a national bank and issues applicable to a special purpose or a narrow focus bank.

A glossary of terms used in the booklet is provided along with a reference section that provides statutory and regulatory cites and other useful materials. Throughout the electronic edition of this booklet at www.occ.treas.gov are hyperlinks to sample documents, such as the Interagency Charter and Federal Deposit Insurance Application (interagency application), and other information that an applicant may find useful.

## Charter Process and Policy

The OCC grants approval of charter applications in two steps: preliminary conditional approval and final approval. Preliminary conditional approval permits the organizers to proceed with organizing the bank. The OCC defines the organization phase as the time period between the preliminary conditional approval and the bank opening (see the Organization Phase discussion in this booklet). During the organization phase, the organizing bank's officers and directors hire management and staff, continue or begin to raise capital, prepare bank premises, and develop policies and procedures that will guide the bank's operations. Receipt of final approval means the bank can open its door and begin to conduct bank business.

Capital must be raised within 12 months of the OCC's preliminary conditional approval or the approval expires. Capital can be raised before preliminary conditional approval but after the establishment of a corporate body (see the Raising Capital discussion in this booklet).

The bank must open within 18 months of the OCC's preliminary conditional approval or the approval expires. A bank can begin the business of banking or engage in fiduciary or other activities after the OCC grants final approval.

The OCC approves proposals to establish national banks that have a reasonable chance of success, will foster healthy competition, and will be operated in a safe and sound manner. OCC approval does not assure that a proposal to establish a national bank is without risk to the organizers or the investors. In reaching its decision, the OCC considers whether the proposed bank:

- Has organizers who are familiar with national banking laws and regulations.

- Has competent management, including the board of directors, that has ability and experience relevant to the type of products and services to be provided and the size and scope of projected risks.

- Has capitalization, access to liquidity, and risk management systems that are sufficient to support the projected volume and type of business.

- Can reasonably be expected to achieve and maintain profitability.

- Will be operated in a safe and sound manner.

Furthermore, the OCC considers a proposed bank's plans for meeting the credit needs of its entire community, including low- and moderate-income neighborhoods, consistent with the safe and sound operation of the bank. The OCC also may consider the risk to the Federal Deposit Insurance Fund and whether the proposed bank's corporate powers are consistent with the intent of the Federal Deposit Insurance Act (FDIA) and the National Bank Act.

The OCC encourages each organizing group interested in establishing a national bank to contact the OCC to obtain information about the process and guidance about specific issues that are unique to the group's proposal. The OCC normally requires all of the organizers of a national bank and the proposed chief executive officer (CEO) to attend a prefiling meeting prior to filing the application.

The organizing group should file an interagency application for deposit insurance with the FDIC when it submits its charter application to the OCC. Each charter application must include accurate statements, fully developed plans, and a determination that the transaction complies with all applicable statutes and regulations.

## Organizing Group's Role and Responsibilities

A strong organizing group generally includes persons with diverse business and financial interests and community involvement. The business plan and other information supplied in the application must demonstrate an organizing group's collective ability to establish and operate a successful bank in the economic and competitive conditions of the market the bank will serve. A poor business plan reflects adversely on the organizing group's ability, and the OCC may deny such applications.

The organizing group must be composed of five or more persons. Normally, all of the organizers serve as the bank's initial board of directors.

The organizers are responsible for:

2

offer a nontraditional or narrow range of products, propose an unproven business strategy resulting in uncertain financial projections, or operate in a highly competitive market. Conversely, a charter application for a community bank that would offer traditional products and services, operate within a small geographic area lacking intense competition, and have a management team implementing a proven business strategy would be noncomplex and, generally, would not require higher capital.

As appropriate, the OCC will focus on the consolidated company risk profile when reviewing a BHC-sponsored charter application. The risk assessment also may include significant affiliated entities when the OCC considers it appropriate.

The FDIC has capital requirements for obtaining federal deposit insurance that are similar to the OCC's requirements. The FDIC requires that initial capital should be sufficient to provide a Tier 1 capital-to-assets leverage ratio of not less than 8 percent throughout the first three years of operations.

### Key Capital Considerations

Organizers must address key considerations in supporting the proposed capital level including:

- On-and-off balance-sheet composition, including credit risk, concentration risks, market risks, and risks associated with any nontraditional products, services, or operating characteristics.

- Plans and prospects for growth, including management's past experience in managing growth.

- Stability or volatility of sources of funds.

- Access to capital sources.

- If sponsored by a holding company, the sponsor's track record when implementing plans and confronting emerging risks or needs.

### Raising Capital

The organizing group and founders (see Glossary) must lead the bank's efforts to raise capital in the marketplace by raising capital that is sufficient to:

- Pay for all organization costs.

- Enable the bank to compete effectively in the market area.

- Support the proposed bank's business plan until the bank can achieve and sustain profitable operations.

- Address uncertainties in the marketplace.

may result in control following the exercise of warrants or options by insiders under stock benefit plans.

If the OCC finds that a change in control would result from a change in ownership, the OCC will require the new owner(s) to file a change in control notice, generally, prior to the proposed transaction. The OCC will then decide whether to disapprove the proposed change. No person (see Glossary) may take any action that would result in a change in control of the bank without prior OCC review, as provided in the CBCA, unless the transaction is subject to approval under certain other statutes (see the "Change in Bank Control" booklet).

## OCC Review of Management

The OCC must review and not object to the hiring of any officer or the appointment or election of any director for two years from the date the bank commences business. During this time period, each person proposed as an officer or director must provide the appropriate OCC supervisory office with the required Interagency Biographical and Financial Reports. The OCC will provide a written decision about each person submitted for review.

## Special Purpose or Narrow Focus Proposals

A national bank is authorized by its charter to exercise all express or implied powers of national banks. Special purpose or narrow focus banks offer only a small number of products, target a limited customer base, incorporate nontraditional elements, or have narrowly focused business plans.

Special purpose banks and those with a narrow focus must meet the same statutory and regulatory requirements as other nationally chartered banks, unless applicable laws or regulations provide otherwise. Organizers of such banks must adhere to established charter policies and procedures that are set forth in 12 CFR 5 and this manual. Organizers should tailor the contents of the application to be consistent with the special purpose or narrow focus nature of the proposed charter.

The OCC's review of a special purpose or narrow focus proposal may exceed traditional processing time frames because of the time needed to evaluate the supervisory risks associated with each application. Special purpose and narrow focus bank charter applications normally must provide the information required by the OCC's standard review process. The OCC requires each special purpose or narrow focus bank to indicate the nature of its operations in its articles of association.

## Types of Special Purpose Banks

Special purpose proposals include those banks whose operations are limited to credit card operations, fiduciary activities, community development, or cash management activities. Bankers' bank proposals also fall into this category.

### Credit Card Banks

National credit card banks take two basic forms. First, a BHC or individual shareholders may own an insured bank that engages exclusively or predominantly in

42