**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CONFERENCE OF STATE BANK SUPERVISORS, ) ) ) Plaintiff, ) ) v. ) ) OFFICE OF THE COMPTROLLER ) OF THE CURRENCY, ) ) and ) ) KEITH A. NOREIKA, ) COMPTROLLER OF THE CURRENCY, ) ) Defendants. ) ) | Civ. Act. No. 17-CV-00763 (JEB) |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**

UPON CONSIDERATION of Plaintiff's Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim in the above-captioned matter, it is this ___ day of _____, hereby:

ORDERED that Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim be, and the same hereby is, DENIED.

_____
Judge James E. Boasberg
United States District Judge

Counsel of record to be served by CM/ECF pursuant to Local Civil Rule 7(k)